IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GLOBAL GROUND AUTOMATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ORISSA HOLDINGS, LLC, GROUND MANAGEMENT HOLDINGS, LLC, individually and dba GROUNDSPAN, and GROUNDWIDGETS,<br><br>Defendants. | §<br>§<br>§<br>§  **Case No. 6:15-cv-002-RWS-JDL**<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### NOTICE OF APPEARANCE OF NICHOLAS A. BROWN

COMES NOW Plaintiff GLOBAL GROUND AUTOMATION, INC., and hereby notifies the Court and all parties of record that Nicholas A. Brown, California State Bar No. 198210, of Greenberg Traurig, LLP, 4 Embarcadero Center, Suite 3000, San Francisco, California 94111, (415) 655-1300, will be appearing as an attorney of record on its behalf in the above-captioned Case No. 6:15-cv-002-RWS-JDL. Mr. Brown is admitted to practice in the Eastern District of Texas.

Dated:  March 3, 2015        By:    /s/ *Nicholas A. Brown*
   GREENBERG TRAURIG, LLP
   Nicholas A. Brown
   California Bar No. 198210 (*admitted EDTX*)
   brownn@gtlaw.com
   4 Embarcadero Center, Suite 3000
   San Francisco, CA  94111
   Telephone:    415.655.1300
   Facsimile:    415.707.2010

   **ATTORNEYS FOR PLAINTIFF GLOBAL GROUND AUTOMATION, INC.**

## CERTIFICATE OF SERVICE

      Pursuant to Local Civil Rule 5 (d), I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's CM/ECF system on **March 3, 2015**.

                                                 */s/ Nicholas A. Brown*
                                                 Nicholas A. Brown