**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **GLOBAL GROUND AUTOMATION, INC.,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:15-cv-002-RWS-JDL |
| **ORISSA HOLDINGS, LLC, GROUND MANAGEMENT HOLDINGS, LLC, individually and dba GROUNDSPAN, and GROUNDWIDGETS,** | § § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Defendants' Orissa Holdings, LLC and Global Management Holdings, LLC letter brief requesting leave to file a motion for summary judgment that there is no jurisdiction under Rule 65 of the Federal Rules of Civil Procedure over Defendants to conduct the April 9th Contempt Hearing (Doc. No. 37-1).[1] Based on the Court's rulings at the January 5, 2015 hearing, Defendants' request for leave to file a motion for summary judgment (Doc. No. 37-1) is **DENIED**.

So ORDERED and SIGNED this 24th day of March, 2015.

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court granted the Unopposed Motion for Continuance (Doc. No. 38), resetting the hearing for April 20, 2015 at 9:30 a.m. (Doc. No. 40).