**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **GLOBAL GROUND AUTOMATION, INC.,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | **CASE NO. 6:15-cv-002-RWS-JDL** |
| **ORISSA HOLDINGS, LLC, GROUND MANAGEMENT HOLDINGS, LLC, individually and dba GROUNDSPAN, and GROUNDWIDGETS,** | § § § § § § | |
| Defendants. | § § | |

## ORDER

Pursuant to the Court's comments from the bench during the April 20, 2015 hearing, the parties are **ORDERED** to file findings of fact and conclusions of law as to the issues presented at the hearing no later than **10 days** from the filing of the official transcript. It is further **ORDERED** that each party's findings of fact and conclusions of law shall not exceed 30 pages, and shall include citations to the record.

So ORDERED and SIGNED this 21st day of April, 2015.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE