UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **GLOBAL GROUND AUTOMATION, INC.** § § § **Plaintiff,** § § **v.** § **No. 6:15-cv-002 RWS-JDL** § **ORISSA HOLDINGS, LLC, GROUND** § **JURY DEMANDED** **MANAGEMENT HOLDINGS, LLC,** § **Individually and d/b/a GROUNSPAN, and** § **GROUNDWIDGETS** § § **Defendants.** | |

### FINAL JUDGMENT

Pursuant to the Court's Order adopting the Report and Recommendation of the Magistrate Judge (Doc. No. 62), the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**SIGNED this 2nd day of December, 2015.**

    _____
    ROBERT W. SCHROEDER III
    UNITED STATES DISTRICT JUDGE