# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| GLOBAL GROUND AUTOMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ORISSA HOLDINGS, LLC, GROUND MANAGEMENT HOLDINGS, LLC, individually and dba GROUNDSPAN and GROUNDWIDGETS, <br><br> Defendants. | Civil Action No. 6:15-cv-0002 [RWS] [JDL] |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Global Ground Automation Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on December 2, 2015.

Dated:  December 30, 2015                    Respectfully submitted,

/s/ Nicholas Brown
Mary-Olga Lovett
Texas State Bar No. 00789289
Email: lovettm@gtlaw.com
Pamela A. Ferguson
Texas State Bar No. 24059743
Email: fergusonp@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 754-7541

Nicholas A. Brown
California Bar No. 198210 (admitted EDTX)
Email: brownn@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: 415.655.1300
Facsimile: 415.707.2010

John P. Ward
Email: wardj@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 325-8508

Douglas R. McSwane, Jr.
Texas Bar No. 13861300
dougmcswane@potterminton.com
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123

1

dannynoteware@potterminton.com
POTTER MINTON, a Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Telephone:  (903) 597-8311
Facsimile:   (903) 593-0846

2

3

## **CERTIFICATE OF SERVICE**

 I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on December 30, 2015. All other counsel of record will be served by U.S. first-class mail on this same date.

               */s/ Nicholas Brown.*
               Nicholas Brown